STERN et al. v. MANHATTAN ICE CO. et al. (Supreme Court, Appellate Division, First

Department. October 17, 1902.) Action by Henry Stern and others against the Manhattan Ice Company and others. No opinion. Motion granted, with $10 costs.